Clerk

08CV3821
JUDGE ZAGEL
D1 MAG. JUDGE MASON

...TIGANTS
...RTHERN DISTRICT OF ILLINOIS

FILED
JUL 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Janice D. Scott Pro se
(Please print)

STREET ADDRESS: 5508 W. Jackson Blvd

CITY/STATE/ZIP: Chgo Ill 60644

PHONE NUMBER: 773 378-0144

CASE NUMBER: _____

_____     7/3/08
Signature                      Date