## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3821    Assigned/Issued By: J. N.

Judge Name: ZAGEL    Designated Magistrate Judge: MASON

---

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 4624005308

Date Payment Rec'd: 7-3-08    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____            _____
       *(Type of Writ)*                  _____
                                         *(Type of issuance)*

4 Original and 4 copies on 7-3-08 as to MICHAEL B. MUKASEY
                         *(Date)*
(2 DIFFERENT ADDRESSES); JOHN E. POTTER; PATRICK FITZGERALD
_____